UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BONNIE A. ROEDER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:16 CV 16 RWS |
| CITY OF ST. PETERS, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL AND REMAND

For the reasons stated in the memorandum and order filed this same date:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Counts I, II, III, and IV are **DISMISSED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the remaining count, Count V, is **REMANDED** to the Circuit Court of the County of St. Charles, State of Missouri.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of August, 2016.